**STATEMENT OF FACTS**

On April 10, 2008, officers of the Metropolitan Police Department made a traffic stop in the 100 block of 12th Street, S.E., Washington, D.C., for failure to use the turn signal and objects hanging obstructing the driver's view.  Defendant Lacey Chavis was asked by officers to produce the vehicle registration and a driver's license.  The defendant produced the vehicle registration and a District of Columbia identification card.  Officers asked the defendant if he had a valid driver's license and the defendant stated that he did not because of unpaid tickets.  A records check of the defendant's identification revealed that he did not have a valid driver's license in the District of Columbia .  Also revealed was a the last driver's license for the defendant was from the state of North Carolina and that was both expired and suspended.  The defendant was placed under arrest for no permit.  Search incident to arrest revealed three plastic sandwich bags each containing a white rock-like substance from underneath the driver's seat.  The white rock-like substance appeared to be crack cocaine.  A portion of the white rock-like substance field tested positive for cocaine base.  The approximate weight of the suspected crack cocaine was over 50 grams which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

_____
OFFICER WILLIAM REINCKENS
SIXTH DISTRICT - MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_ DAY OF APRIL, 2008.

_____
U.S. MAGISTRATE JUDGE